

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Jesse Vasquez, | § | No. 08-17-00187-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D02392) |
| | § | |

## **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **February 13, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Natalie Martinez, Court Reporter for the 409th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **February 13, 2018.**

IT IS SO ORDERED this 18th day of January, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.